947 A.2d 195

**James GREEN a/k/a Theodore Hill, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Department of Corrections, State Correctional Institution at Pittsburgh, Records Office, Appellee.**

Supreme Court of Pennsylvania.

May 29, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2008, the Order of the Commonwealth Court is **AFFIRMED** and the Application for Appointment of Counsel is **DENIED.**